IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

ABIEZER RAMOS GONZÁLEZ
AND LIZ YANELLY BÁEZ
RAMÍREZ,

    Plaintiffs,

        v.

AIS INFOSOURCE, LP,

    Defendant.

CIV. NO.: 25-1093 (SCC)

**JUDGMENT**

In view of the Opinion and Order at Docket No. 22, this case is hereby **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of November 2025.


S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE